UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    Criminal No. 11-cr-37-02-JD

Gary Loranger

O R D E R

The assented to motion to reschedule jury trial (document no. 39) filed by defendant Gary Loranger, with the assent of all co-defendants, is granted; the continuance is limited to 60 days. Trial is continued as to all defendants to the two-week period beginning January 18, 2012, 9:30 AM.

Defendant Gary Loranger shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                ***/s/ Joseph A. DiClerico, Jr.***
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: October 21, 2011

cc: Charles Keefe, Esq.
    Jonathan Saxe, Esq.
    Bruce Kenna, Esq.
    Theodore Lothstein, Esq.
    Debra Walsh, Esq.
    U.S. Marshal
    U.S. Probation