UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                    Criminal No. 11-cr-37-04-JD

Sherry Loranger

O R D E R

The assented to motion to reschedule jury trial (document no. 58) filed by defendant is granted; Trial is continued to the two-week period beginning May 15, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: March 8, 2012

cc: Theodore Lothstein, Esq.
    Debra Walsh, Esq.
    U.S. Marshal
    U.S. Probation