UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 11-cr-37-04-JD

<u>Sherry Loranger</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 93) filed by defendant is granted; Trial is continued to the two-week period beginning August 21, 2012, 9:30 a.m.

Defendant has already filed a waiver of speedy trial rights. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  June 6, 2012

cc:  Theodore Lothstein, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation